```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 12571
   BRYON L PRENTICE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1960


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/05/2005 and was confirmed 05/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.00%.

     The case was dismissed after confirmation 04/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED           20970.00        6990.92       8219.59
WELLS FARGO AUTO FINANCE  UNSECURED         NOT FILED          .00           .00
CAPITAL ONE VISA          UNSECURED         NOT FILED          .00           .00
CAPITAL ONE VISA          UNSECURED         NOT FILED          .00           .00
CAPITAL ONE VISA          UNSECURED         NOT FILED          .00           .00
RESURGENT ACQUISITION LL  UNSECURED           420.94           .00           .00
NEAL FELD                 DEBTOR ATTY       1,700.00                     1,700.00
TOM VAUGHN                TRUSTEE                                          974.56
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  17,885.07

PRIORITY                                                .00
SECURED                                            8,219.59
    INTEREST                                       6,990.92
UNSECURED                                               .00
ADMINISTRATIVE                                     1,700.00
TRUSTEE COMPENSATION                                 974.56
DEBTOR REFUND                                           .00
                         --------------          --------------
TOTALS                    17,885.07               17,885.07




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 12571 BRYON L PRENTICE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 12571 BRYON L PRENTICE